United States Courts
Southern District of Texas
FILED

*April 08, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **4:21-cr-180** |
| Plaintiff | § | |
| | § | CRIMINAL NO. |
| v. | § | |
| | § | |
| BRETT J. CLAIR, | § | Count 1 (Mail Fraud, |
| Defendant | § | 18 U.S.C. § 1341) |
| | § | Notice of Forfeiture |

INDICTMENT

THE GRAND JURY CHARGES:

Count One
(Mail Fraud, 18 U.S.C. § 1341)

A. INTRODUCTION

AT ALL TIMES MATERIAL HEREIN:

1.   UpCurve Energy Partners, LLC ("UpCurve") was an oil and gas company located in Houston, Texas.

2.   **Brett J. Clair**, defendant herein, was employed with UpCurve as the chief financial officer from 2015 through 2019.

3.   UCEP I ("UCEP") is the assumed name of business for which the defendant filed a certificate of ownership for business or profession with the Office of the County Clerk for Fort Bend County, Texas on September 15, 2015.

B. THE SCHEME AND ARTIFICE

4.   From in or about January 2017, and continuing through June 2019, in the Houston Division of the Southern District of Texas and elsewhere,

**BRETT J. CLAIR**

defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud and to obtain moneys and property by means of material false and fraudulent pretenses, representations and promises, including the concealment of material facts.

C. THE METHOD AND MEANS OF THE SCHEME AND ARTIFICE

5.   The scheme and artifice consisted essentially of a plan by defendant to submit fraudulent invoices from a business controlled by defendant, cause UpCurve to pay those fraudulent invoices, use credit cards issued to UpCurve employees and intended for UpCurve business expenses to obtain goods and services for the defendant's own personal use and benefit, cause UpCurve to pay for the personal expenses of defendant charged on an UpCurve business credit card as if they were business expenses of UpCurve, submit fraudulent expense reports and cause UpCurve to pay defendant for those fraudulent expense reports.

6.   It was part of the scheme and artifice that the defendant would and did submit to UpCurve invoices from UCEP for services, which were not performed.

2

7.    It was part of the scheme and artifice that the defendant would have the invoices from UCEP coded as expenses of UpCurve when the defendant knew they were not business expenses of UpCurve.

8.    It was part of the scheme and artifice that the defendant would and did cause UpCurve to pay the fraudulent invoices from UCEP and mail checks for those payments to UCEP.

9.    It was a part of the scheme and artifice that the defendant would and did use the credit card intended for business expenses of UpCurve to make charges for the defendant's personal expenses.

10.   It was part of the scheme and artifice that the defendant would and did make and cause to be made payments from UpCurve's bank account to the credit card issuer to pay the amount due on the current credit card statement, which included charges for personal expenses made by defendant.

11.   It was a part of the scheme and artifice that defendant would submit to UpCurve false and fraudulent expense reports and cause UpCurve to pay defendant the amount he claimed on those expense reports.

12.   It was part of the scheme and artifice to defraud that the defendant would and did fraudulently obtain $345,894.46 from UpCurve for his own use and benefit.

3

## D. EXECUTION OF THE SCHEME AND ARTIFICE

13.   On or about April 1, 2019, in the Southern District of Texas, and elsewhere, defendant

**BRETT J. CLAIR**,

for the purposes of executing the aforesaid scheme and artifice to defraud and intending to do so, and for obtaining money by means of materially false and fraudulent pretenses, representations and promises, including the concealment of material facts, did knowingly cause to be sent and delivered through the United States Postal Service a check in the amount of $78,302.81 payable to UCEP I from UpCurve.

In violation of Title 18, United States Code, Section 1341.

## NOTICE OF FORFEITURE
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant

**BRETT J. CLAIR**

that upon conviction for mail fraud, in violation of Title 18, United States Code,

4

Section 1341, as charged in Count 1 of the Indictment, all property which constitutes or is derived from proceeds traceable to such violation shall be forfeited to the United States.

## Money Judgment and Substitute Assets

The United States will seek the imposition of a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant up to the total value of the property subject to forfeiture.

A TRUE BILL

Signature on file

_____

FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _John R. Braddock_____
    JOHN R. BRADDOCK
    Assistant United States Attorney

5