UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:21-180 |
| BRETT J. CLAIR | § | |

## GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT

The United States of America by and through Jennifer B. Lowery, Acting United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney, moves this Court to dismiss the indictment pending against the Defendant as the United States received information that Defendant died on June 22, 2021, in a foreign country where he had been working, and has now confirmed Defendant's death in that foreign country through the United States State Department.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: /s/ John R. Braddock
John R. Braddock
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9728